**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

---

| | | |
|---|---|---|
| **YANCHENG SHANDA YUANFENG** | ) | |
| **EQUITY INVESTMENT PARTNERSHIP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Case No. 20-CV-2198** |
| | ) | |
| **KEVIN WAN,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**ORDER**

A Report and Recommendation (#114) was filed by Magistrate Judge Eric I. Long in the above cause on August 25, 2023. On September 8, 2023, Defendant, Kevin Wan, filed his Objection to Report and Recommendation (#118). Following this court's careful de novo review of the Magistrate Judge's reasoning and Defendant's Objection, this court agrees with and accepts the Magistrate Judge's Report and Recommendation (#114). This court agrees Plaintiff's Motion for Summary Judgment on Jurisdiction (#109) should be GRANTED and that the court has subject matter jurisdiction over this dispute based on the presence of complete diversity of citizenship between the adverse parties required by 28 U.S.C. § 1332(a).

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#114) is accepted by this court.

(2) Plaintiff Yancheng Shanda Yuanfeng Equity Investment Partnership's Motion for Summary Judgment on Jurisdiction (#109) is GRANTED. The court hereby finds that is has subject matter jurisdiction over this dispute based on the presence of complete diversity of citizenship between the adverse parties required by 28 U.S.C. § 1332(a).

(3) This matter is referred to the magistrate judge for further proceedings in accordance with this Order.

ENTERED this 15th day of September, 2023.

s/ COLIN S. BRUCE
U.S. DISTRICT JUDGE