UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| YANCHENG SHANDA YUANFENG EQUITY INVESTMENT PARTNERSHIP, a Limited Partnership Organized Under the Laws of China,<br><br>         Plaintiff,<br>v.<br><br>KEVIN WAN,<br><br>         Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 20-CV-2198<br>)<br>)<br>)<br>)<br>) |

## AGREED ORDER

The Joint Motion for Entry of an Order on Postjudgment Enforcement Proceedings (#150) filed by Plaintiff Yancheng Shanda Yuanfeng Equity Investment Partnership ("Yancheng" or "Plaintiff"), Defendant Kevin Wan ("Mr. Wan" or "Defendant"), and Third-Party Respondents to Citations to Discover Assets Lydia Feng ("Ms. Feng") and meShare, Inc ("meShare") is hereby GRANTED.

IT IS THEREFORE ORDERED THAT:

1. The Magistrate Judge's Report and Recommendation (#149) is accepted in part, as follows:

    a. The Magistrate Judge's first recommendation regarding turnover is adopted in part, and (i) meShare shall pay Yancheng $110,525.55 in full satisfaction of Defendant's past wages, and (ii) meShare shall garnish and pay Yancheng 15% of Defendant's wages going forward until further order of the Court;

    b. The Magistrate Judge's third recommendation regarding turnover is

adopted in part, and (i) Ms. Feng shall pay Yancheng $39,276.90 in full satisfaction of Defendant's past rental income, and (ii) meShare shall pay Yancheng $1,510.65 per month, as Defendant's half of the net rental income, going forward until further order of the Court; and

c. Orders on or enforcement of the Magistrate Judge's second and fourth recommendations regarding turnover of Defendant's 22.73% stock of meShare, Defendant's 22.69% stock of Smartz, Inc., Defendant's 30.7% stock of Zmodo Technology Corporation, and the Rental Property shall be stayed until such time as Plaintiff files a motion to lift the stay or further order of the Court.

2. The Magistrate Judge's Order on Plaintiff's Renewed Motion to Compel (#148) is stayed until such time as Plaintiff files a motion to lift the stay or further order of the Court.

3. The Citations to Discover Assets at (#44), (#45), (#46), (#48), (#49), (#59), and (#83) are extended until May 1, 2025, as reflected in Judge Long's text order of August 30, 2024.

4. The Parties are directed to submit a joint status report to the Court on or before January 20, 2025.

5. For case management purposes, the clerk is directed to terminate (#122), (#126), (#130), and (#132). Those Motions may be revived at a later time if necessary.

ENTERED this 10th day of October, 2024.
s/ COLIN S. BRUCE
U.S. DISTRICT JUDGE