E-FILED
Monday, 26 October, 2026 04:07:25 PM
Clerk, U.S. District Court, ILCD

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**
**URBANA DIVISION**

---

**YANCHENG SHANDA YUANFENG EQUITY INVESTMENT PARTNERSHIP,**

**Plaintiff,**

**v.**

**KEVIN WAN,**

**Defendant.**

**Case No. 20-CV-2198**

**ORDER**

A Report and Recommendation (#186) was filed by Magistrate Judge Eric I. Long in the above cause on August 5, 2026. On August 19, 2026, Defendant, Kevin Wan, filed his Objection to Report and Recommendation (#187). Plaintiff filed a Response (#188) on September 2, 2026. Following this court's careful de novo review of the Magistrate Judge's reasoning and Defendant's Objection, this court agrees with and accepts the Magistrate Judge's Report and Recommendation (#186). This court agrees that Plaintiff's Renewed Motion for Contempt Against MeShare and Lydia Feng (#177) should be GRANTED, and that Plaintiff's Motion for Turnover Against Kevin Wan and Lydia Feng (#178) should be GRANTED in part and DENIED in part.

IT IS THEREFORE ORDERED THAT:

(1) The Report and Recommendation (#186) is accepted by this court.

(2) Plaintiff's Renewed Motion for Contempt Against MeShare and Lydia Feng (#177) is GRANTED. The court hereby: (a) finds meShare in contempt; (b) enters judgment against meShare for the 15% of wages that should have been withheld from

July 31, 2025, until now; (c) imposes a penalty of 100% of the amounts owed on any future amounts that are subject to garnishment or turnover but are not turned over in violation of court orders and the citations; and (d) fines meShare $500 per day for each day following the entry of the order recommended herein until meShare fully complies with that order, the October Order, and this court's Order on the Motion to Compel.

(3) The court hereby: (a) finds Feng in contempt; (b) enters judgment against Feng for the portion of Wan's profits of the rental income that she has failed to turn over from October 10, 2024 until now; (c) imposes a penalty of 100% of the amounts owed on any future amounts that Feng is supposed to withhold but fails to turn over in violation of court orders and the citations; and (d) fines Feng $500 per day for each day following the entry of this Order until Feng fully complies with this Order and the October Order.

(4) The court hereby holds Feng and meShare jointly liable for Plaintiff's attorney fees and costs in pursuing this Motion for Contempt and enforcing this court's judgment.

(5) Within 14 days of this Order, Plaintiff is to file a detailed breakdown of the outstanding judgment amounts owed by meShare and Feng as well as a fee petition detailing Plaintiff's fees and costs incurred in filing the present Motion for Contempt and enforcing this court's judgment. Within 14 days thereafter, Respondents are to file any response in opposition.

(6) Plaintiff's Motion for Turnover Against Kevin Wan and Lydia Feng (#178) is GRANTED in part and DENIED in part.

(7) This court will hold a hearing to ascertain competing rights to the Home. At

the hearing, the court will hear evidence as to Feng's equity interest in the Car and the Checking Account. If Feng's equity exceeds the applicable statutory exemptions, Feng will be ordered to turn over those assets minus the exempt amounts in a procedure that accords with 735 ILCS 5/2-1402(e).

(8) The hearing is set for December 7, 2023, at 1:30 pm, in-person, before this court.

ENTERED this 26th day of October, 2026.

s/ COLIN S. BRUCE
CHIEF U.S. DISTRICT JUDGE